Scan
no disk

FILED
2006 NOV 27 A 7:58
U.S. DISTRICT COURT
NEW HAVEN, CT

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

*****************************
MANUEL HERNANDEZ,
MARTHA GONZALES

   Plaintiffs

vs.

DARREN M. ZAREMBSKI,
LEASHA HALSTROM

   Defendants
*****************************

: CIVIL ACTION NO.
: 3:03 CV706(CFD)
:
:
:
:
:
:
: NOVEMBER 20, 2006

### APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for **THE DEFENDANTS** in the above case.

                    THE DEFENDANTS

                    BY: _____
                    Raymond J. Plouffe, Jr.
                    Bai, Pollock, Blueweiss & Mulcahey, P.C.
                    1 Corporate Drive
                    Shelton, Connecticut 06484
                    Tel: 203-925-8100
                    CT 05167

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage pre-paid, this 20th day of November, 2006, to:

Joseph S. Elder, Esq.
661 Wethersfield Avenue
Hartford, CT  06102

Suzanne M. Halbardier
Barry McTiernan & Moore
Two Rectory Street, 14th floor
New York, NY  10006

Patrice S. Noah
Brennan & Turret
265 Church Street, Suite 802
New Haven, CT  06510

                                      THE DEFENDANTS

                                      BY:_____
                                      Raymond J. Plouffe, Jr.
                                      Bai, Pollock, Blueweiss & Mulcahey, P.C.
                                      1 Corporate Drive
                                      Shelton, Connecticut 06484
                                      Tel:  203-925-8100
                                      CT 05167