UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MANUEL HERNANDEZ<br>MARTHA GONZALEZ<br><br>       Plaintiffs<br><br>VS.<br><br>DARREN ZAREMBESKI<br>LEASHA HALSTROM<br><br>       Defendants | CASE NUMBER: 3:03 CV706(CFD)<br><br><br><br><br><br><br><br>December 12, 2006 |

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel hereby moves to withdraw her appearance and as grounds therefore would show as follows: Raymond J. Plouffe Jr., Esq. of the law firm of Bai, Pollock, Bluewiess & Mulcahey has entered his appearance, in lieu of undersigned counsel, on behalf of the defendants in the above captioned case. Undersigned counsel no longer has any involvement in the above captioned case.

NO ORAL ARGUMENT REQUESTED
NO TESTIMONY REQUIRED

THE DEFENDANTS,

BY_____
PATRICE S. NOAH
Law Offices of Turret & Brennan
265 Church Street, Suite 802
New Haven, Connecticut 06510
Tel. Ph. No. (203) 624-9165
Federal Bar # ct13616

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage pre-paid, on December 12, 2006 to all counsel of record and pro se parties:

Raymond J. Plouffe Jr., Esq.
Bai, Pollock, Bluewiess & Mulcahey, P.C.
One Corporate Drive
Shelton, CT 06484-6275

Joseph S. Elder, Esq.
661 Wethersfield Avenue
Hartford, CT 06102

Suzanne M. Halbardier, Esq.
Barry, McTiernan & Moore
Two Rectory Street, 14th Floor
New York, NY 10006

Patrice S. Noah