# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

# APPEARANCE

CASE NUMBER: CIV. ACTION
NO: 3:03CV706(CFD)

**To the Clerk of this court and all parties of record:**
     Enter my appearance as counsel in this case for:

**MANUEL HERNANDEZ and**
**MARTHA GONZALES,**
**PLAINTIFFS**

| | |
|---|---|
| _____ | _____ |
| **Date** | **Signature** |
| CT-16528_____ | Linda M. Tirelli_____ |
| **CT Federal Bar Number** | **Name** |
| (914)423-0800_____ | c/o Nader J. Sayegh, P.C. Attorneys at Law |
| **Telephone Number** | 10 Palisade Avenue, Second Floor |
| | Yonkers, New York 10701 |
| (914)423-7870_____ | |
| **Fax Number** | |

# CERTIFICATE OF SERVICE

**This is to certify that the foregoing Appearance was mailed on this date to the following:**

Suzanne M. Halbardier
Barry, McTiernan 7 Moore
Two Rectory Street , 14th Floor
New York, New York 10006

_____
**Linda M. Tirelli, Esq.**